An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATHANIEL L. MORRIS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63023

FILED

SEP 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

In his motion filed on March 5, 2013, appellant claimed that the court lacked jurisdiction to adjudicate him a habitual criminal because his conviction did not involve a crime of violence or force against the victim, the State failed to produce certified copies of the prior convictions, and the district court improperly adjudicated him on each of the four felony counts in the instant case. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). We

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27878

therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Michelle Leavitt, District Judge
       Nathaniel L. Morris
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk